1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

| JINGLIN CHEN, | CASE NO. C17-1584JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| FEAST BUFFET, INC., et al., | |
| Defendant. | |

10

11

12

13

14

15    Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a

16  summons and a copy of the plaintiff's complaint and sets forth the specific requirements

17  for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which

18  service must be effectuated, states in relevant part:

19      If a defendant is not served within 90 days after the complaint is filed, the
        court—on motion or on its own after notice to the plaintiff—must dismiss
20      the action without prejudice against that defendant or order that service be
        made within a specified time. But if the plaintiff shows good cause for the
21      failure, the court must extend the time for service for an appropriate period.

22

ORDER - 1

1 │ *Id.* Here, Plaintiff has failed to serve Defendant Sunshine Career Service with a

2 │ summons and a copy of Plaintiff's complaint within the timeframe provided in Rule

3 │ 4(m).

4 │      Accordingly, the court ORDERS Plaintiff to SHOW CAUSE within ten (10) days

5 │ of the date of this order why Defendant Sunshine Career Service should not be

6 │ dismissed for failure to comply with Rule 4(m). If Plaintiff does not demonstrate good

7 │ cause for the failure, the court will dismiss Defendant Sunshine Career Service without

8 │ prejudice.

9 │      Dated this 26 day of February, 2018.

10

11 │ JAMES L. ROBART
    United States District Judge

12

13

14

15

16

17

18

19

20

21

22