UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JINGLIN CHEN, et al.,<br><br>        Plaintiffs,<br>v.<br><br>FEAST BUFFET, INC., et al.,<br><br>        Defendants. | CASE NO. C17-1584JLR<br><br>ORDER OF DISMISSAL OF DEFENDANT SUNSHINE CAREER SERVICE |

On February 26, 2018, the court ordered Plaintiffs Jinglin Chen, Maohung Lin, Mingfeng Cai, Xiangnan Liu, Xu Zhao, Yue Li, and Yujay Wang (collectively, "Plaintiffs") to show cause within 10 days why their claims against Defendant Sunshine Career Service ("SCS") should not be dismissed for failure to serve within the timeframe provided by Federal Rule of Civil Procedure 4(m). (OSC (Dkt. # 8) at 1-2); *see* Fed. R. Civ. P. 4(m). The court cautioned Plaintiffs that if they did not demonstrate good cause for their failure to serve SCS, the court would dismiss SCS without prejudice. (OSC at

//

ORDER - 1

2.) More than 10 days have passed, and Plaintiffs have not responded to the court's order. (*See* Dkt.) Accordingly, the court DISMISSES SCS without prejudice.

Dated this 13th day of March, 2018.

JAMES L. ROBART
United States District Judge