1

Honorable James Robart

2

3

4

5          **UNITED STATES DISTRICT COURT**
      **WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

6

| | |
|---|---|
| 7    JINGLIN CHEN, an individual; | )    No.  17-01584-JLR |
|       MAOHUNG LING, an individual; | ) |
| 8    MINGFENG CAI, an individual; | )    ORDER GRANTING STIPULATED |
|       XIANGNAN LIU, an individual | )    MOTION FOR WITHDRAWAL AND |
| 9    XU ZHAO, an individual; | )    SUBSTITUTION OF LOCAL |
|       YUE LI, an individual; and | )    COUNSEL |
| 10   YUJAY WANG, an individual; | ) |
| | ) |
| 11   Plaintiffs, | ) |
| | ) |
| 12   v. | ) |
| | ) |
| 13   FEAST BUFFET, INC., a Washington | ) |
|       Corporation; | ) |
| 14 | ) |
|       SUNSHINE CAREER SERVICE, a California, | ) |
| 15   Corporation; | ) |
| | ) |
| 16   and DOES 1-25, inclusive; | ) |
| | ) |
| 17   Defendants. | ) |
| | ) |
| 18   _____ | ) |

19

20

21

22

23
ORDER GRANTING STIPULATED MOTION FOR
WITHDRAWAL AND SUBSTITUTION - 1
24

**Law Office of Deirdre Glynn Levin**
1300 N. Northlake Way, Suite 200
Seattle, WA 98103
Tel 206 422 6378

ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL
AND SUBSTITUTION

The Court, having reviewed the Stipulated Motion for Withdrawal and Substitution filed by

the Plaintiffs, pursuant to Rule 7(d)(1) and Rule 83.2(b)(1) of the Local Rules of the District of

Washington, hereby grants the motion substituting attorney Deirdre Glynn Levin, WSBA 2422€

as local counsel for the Plaintiffs, and permitting attorney Young Han to withdraw as local

counsel for Plaintiffs in this case. (Mot. (Dkt. # 16).)

Dated this 9th day of June 2018.

HON. JAMES ROBART
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

LAW OFFICE OF DEIRDRE GLYNN LEVIN

*/s/ Deirdre Glynn Levin*
Deirdre Glynn Levin, WSBA 24226
1300 N. Northlake Way, Suite 200
Seattle, WA  98103
Tel 206 422 6378
dglynnlevin@yahoo.com
Local Counsel for Plaintiffs

ORDER GRANTING STIPULATED MOTION FOR
WITHDRAWAL AND SUBSTITUTION - 2

**Law Office of Deirdre Glynn Levin**
1300 N. Northlake Way, Suite 200
Seattle, WA 98103
Tel 206 422 6378